THE CITY OF CHARLESTON

*v.*

RICHARD CADLE.

*Announced orally at Springfield October 12, 1897.*

AMICUS CURIÆ—*not admitted in the cause without consent of attorneys.* An attorney will not be permitted to enter a cause as *amicus curiæ*, and file brief and petition for rehearing, where the attorneys regularly in the cause neither request nor consent.

APPLICATION for leave to appear as *amicus curiæ*, and file brief and petition for rehearing.

Mr. CHIEF JUSTICE PHILLIPS announced the opinion of the court:

In this case an opinion was filed with which counsel in the case seemed to be content. The opinion was duly published in 166 Ill. 487, and certain attorneys who were not engaged in the case applied for leave to appear as *amicus curiæ* and file a brief in this case and a petition for rehearing. We have heretofore, in the Northern Grand Division, when the question was presented to us, refused to permit persons who were not attorneys in the case in any way, to appear and file briefs unless it was at the request or assent of the attorneys engaged in the cause, and this motion to appear as *amicus curiæ*, and motion to file briefs in the case and a petition for rehearing, are denied. The cause is stricken.    *Stricken from docket.*